## GENERAL COURT, OCTOBER TERM, 1804.

### STEUART *vs.* WEST, Garnishee of JENNERS.

Where the garnishee is indebted to the defendant by a promissory note, and an attachment is laid in his hands before such note is passed away by the defendant, whether it be before or after it is due, it is a lien on the amount of the note

APPEAL from Prince-George's county court. The appellant, on the 14th of June 1800, issued out of the said court, on a judgment rendered there, in which he was plaintiff, and the said *Jenners* defendant, a writ of attachment, which was on the 15th of June 1800, laid in the hands of *Stephen West*, the present appellee, as garnishee, who appeared and pleaded *nulla bona*, to

which the general replication was entered and issue joined. At the trial of the issue the defendant produced and read in evidence the following promissory note and indorsements, viz.

OCT. 1804.

Steuart
vs.
West.

"$100                              April 14, 1800.

Sixty days after date, I promise to pay Mr. *Abiel Jenners*, or order, one hundred dollars, negotiable at the Bank of Columbia, for value received.

*Stephen West.*

For value received I do hereby assign over all my right, title and interest, to the within note, to Col. *Solomon Simpson*, this 18th of April 1800.

*Abiel Jenners.*

Mr. *West*, Sir, Please to pay the within to the bearer.

*Solomon Simpson.*"

The defendant proved the signature to the said indorsement to be the hand writing of the said *Jenners.*

The plaintiff then, in support of the issue on his part, produced a witness, who swore that the above note was passed by *Abiel Jenners* to him the deponent as the owner thereof, whether before or after it became due he does not recollect; but if before it became due, it was but a few days; that it was after it became due that he presented it to *West*, the defendant, for payment; that he held said note from five to ten days before he presented it to *West*.

The plaintiff then prayed the court to direct the jury, that if they were of opinion, from the evidence offered, that the above mentioned promissory note was in the hands of the said *Abiel Jenners*, as the owner thereof, at or after the time when the attachment in this cause was laid in the hands of *West*, the garnishee, that then the attachment was a lien, and bound whatever money was due on the note from *West*, in the hands of *West*. But the County Court, [*Gantt*, Ch. J. and *Contee*, A. J.] were divided in opinion, and the direction as prayed was not given, wherefore the plaintiff excepted; and verdict and judgment being for the defendant, the plaintiff appealed to this court.

Oct. 1804.

Steuart
vs.
West.

THE GENERAL COURT *reversed* the judgment of the County Court, and awarded a *procedendo.*

*Morsell,* for Appellant.
*Duckett,* for Appellee.

Cases cited—*Welsh vs. Elliott,* and the cases there cited, viz. 1 *Salk.* 291, 280. *Skin.* 639. 1 *Ld. Ray.* 727.